UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 19-cv-06355 |
| | ) | |
| v. | ) | Judge John F. Kness |
| | ) | |
| Alicja Miller, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION FOR ENTRY OF JUDGMENT

Pursuant to the parties' settlement agreement, and Defendant Alicja Miller consenting to judgment effective March 12, 2021, the parties jointly move for entry of the attached consent judgment.

Respectfully submitted,

| | |
|---|---|
| | DAVID A. HUBBERT |
| Alicja U. Miller and Robert C. Miller, Defendants | Acting Assistant Attorney General Tax Division, U.S. Department of Justice |
| By: /s/ Lane M. Gensburg | */s/ Robert J. Wille* |
| Lane M. Gensburg (ARDC# 6180637) | ROBERT J. WILLE |
| Email: lgensburg@gcklegal.com | Trial Attorney, Tax Division |
| GENSBURG CALANDRIELLO & KANTER, P.C. | U.S. Department of Justice P.O. Box 55 |
| 200 West Adams St., Ste. 2425 | Washington, D.C. 20044-0055 |
| Chicago, Illinois 60606 | Tel: 202-514-5573 |
| Phone: 312-263-2200 | Fax: 202-514-5238 |
| Fax: 312-263-2242 | Robert.J.Wille@usdoj.gov |

## CERTIFICATE OF SERVICE

      I hereby certify that on March 11, 2021, I electronically filed the above Motion along with its attachments with the Court via its CM/ECF system, which sent notice of the filing to all counsel of record, and that it was sent by mail to following:

Cook County
69 West Washington, 5th Floor
Chicago, IL 60602

/s/ Robert J. Wille
ROBERT J. WILLE
Trial Attorney, Tax Division
U.S. Department of Justice